# United States District Court
## Violation Notice

WW50

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6906377 | Derek Smith | R1797 |

6906377

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 8/1/2018 1114hrs | 41 CFR 102.74.385 |

Place of Offense: 700 Stewart Seattle WA 98101

HAZMAT ☐

Offense Description: Factual Basis for Charge
conformity with signs and directions of Federal Officers

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Canty | Kyle | L |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____ Date (mm/dd/yyyy): _____ Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: hand cuffed

(Rev. 09/2015) Original - CVB Copy

CVB SCAN 10/30/2018 8:3

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on August 1, 2018 while exercising my duties as a law enforcement officer in the western District of Washington

I was dispatched to 700 Stewart St Seattle Washington, in the county of King for a Mr. Canty, Kyle refusing to leave the US District Court house. Canty did not have a official government ID card and therefore could not enter the facility. I issued Canty a citation for refusing to comply with signs and directions of Federal Officers.

nothing follows

The foregoing statement is based upon:
X my personal observation ☐ my personal investigation
X information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/03/2018  [signature]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/30/2018 8:3